IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JACK EUGENE KNIGHT,<br><br>    Defendant. | 8:18CR270<br><br>**ORDER** |

This matter is before the court on Defendant's oral motion to proceed pro se, and for the court to appoint the Federal Public Defender for the District of Nebraska as standby counsel in this case. Defendant appeared before the court on September 26, 2018, for an Initial Appearance, Arraignment, and Detention Hearing regarding the Indictment in this case. Following a cautionary instruction from the undersigned magistrate judge, the court found Defendant knowingly and voluntarily waived his right to counsel and requested to represent himself for the balance of the proceedings. The Federal Public Defender for the District of Nebraska will be appointed as standby counsel to assist the defendant for the balance of the proceedings.

**IT IS ORDERED:**

1. The Federal Public Defender for the District of Nebraska is appointed as standby counsel for the defendant for the balance of these proceedings.

2. The Clerk shall notate the docket that Defendant is proceeding pro se.

Dated this 26th day of September, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge